IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM LLOYDS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-657 |
| INSUBUY, INC. and NARENDRA KHATRI, | § § § § | JURY REQUESTED |
| Defendants. | § | |

**STIPULATION FOR EXTENDING TIME TO FILE RESPONSIVE PLEADING**

TO THE HONORABLE JUDGE OF SAID COURT:

It is hereby stipulated by and between counsel for Defendants, Insubuy, Inc. and Narendra Khatri (collectively "Insubuy"), and Plaintiffs, State Farm Fire and Casualty Company and State Farm Lloyds (collectively "State Farm"), as follows:

1. On November 30, 2010, State Farm filed their Complaint for Declaratory Judgment against Insubuy. *See* ECF No. 1.

2. State Farm had previously agreed to allow Insubuy until February 11, 2011 to answer while the parties attempted to resolve litigation. *See* ECF No. 6.

3. The parties are continuing in their efforts to resolve the suit if possible. Insubuy's counsel submitted a letter brief for State Farm's review on February 6, 2011.

4. State Farm agrees to extend Insubuy's responsive pleading date to February 25, 2011 to give State Farm an opportunity to consider the issues raised in the letter brief.

     5.     Parties hereby stipulate and agree that Defendants' Response to Plaintiffs' Complaint for Declaratory Judgment is to be filed with the Court on or before February 25, 2011.

Respectfully submitted his 8th day of February, 2011.

| | |
|---|---|
| **SHANNON, GRACEY, RATLIFF & MILLER** | **DEDMAN & HANDSCHUCH, PLLC** |
| By:  s/ Julia Dobbins_____ | By:  s/ Linda Dedman_____ |
| Julia Dobbins | Linda M. Dedman |
| State Bar No. 05915500 | State Bar No. 24007098 |
| Melinda R. Burke | Elizabeth A. Handschuch |
| State Bar No. 03403030 | State Bar No. 08903950 |
| 777 Main Street, Suite 3800 | 12225 Greenville Ave, Ste. 202 |
| Fort Worth, Texas 76102 | Dallas, Texas 75243 |
| (817) 336-9333 (telephone) | (214) 361-8885 (telephone) |
| (817) 336-3735 (facsimile) | (214) 363-4902 (facsimile) |
| jdobbins@shannongracey.com | ldedman@coveragelawdallas.com |
| **ATTORNEYS FOR PLAINTIFFS** | **ATTORNEYS FOR DEFENDANTS** |

### CERTIFICATE OF SERVICE

This is to certify that on February 8, 2011, I electronically filed the foregoing document with the clerk of court for the U.S. District Court of the Eastern District of Texas, Sherman Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means: Julia Dobbins.

                         s/Linda M. Dedman