IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY and STATE FARM LLOYDS, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-657 |
| INSUBUY, INC. and NARENDRA KHATRI, | § § | JURY REQUESTED |
| Defendants | § § | |

## PLAINTIFFS' VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs State Farm Fire and Casualty Company and State Farm Lloyds file this voluntary stipulation of dismissal without prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Julia Dobbins
Julia Dobbins
State Bar No. 05915500
Melinda R. Burke
State Bar No. 03403030

**SHANNON, GRACEY, RATLIFF & MILLER, L.L.P.**
777 Main Street, Suite 3800
Fort Worth, Texas 76102
(817) 336-9333 (telephone)
(817) 336-3735 (facsimile)
jdobbins@shannongracey.com

**ATTORNEYS FOR PLAINTIFFS**

Approved by:

/s/ Linda Dedman_____
Linda M. Dedman
State Bar No. 24007098

**DEDMAN & HANDSCHUCH, PLLC**
202 High Point Centre
12225 Greenville Ave.
Dallas, Texas 75243
(214) 361-8885 (telephone)
(214) 363-4902 (facsimile)
ldedman@coveragelawdallas.com

**ATTORNEY FOR DEFENDANTS**