IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, et al. | § § § | |
| v. | § | NO. 4:10-CV-657 |
| INSUBUY, INC., et al. | § § § | |

## FINAL JUDGMENT

In accordance with the Plaintiffs' stipulation of dismissal without prejudice, it is hereby

**ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 11th day of March, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE